# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0099. MAX WILDER v. THE STATE.**

After a jury trial, Max Wilder was convicted in 2018 of two counts of aggravated assault and three counts of cruelty to children in the third degree. On January 13, 2020, the trial court denied Wilder's motion for new trial. Over a year later, on September 2, 2021, Wilder filed the instant application for a discretionary appeal.[1] As a general rule, criminal defendants are afforded an appeal as a matter of right and therefore no application is necessary. See OCGA § 5-6-34 (a) (1). In this case, however, we lack jurisdiction to consider Wilder's appeal.

A notice of appeal must be filed within 30 days after the entry of the order or judgment being appealed. OCGA § 5-6-38 (a). "Compliance with this statutory deadline for filing a notice of appeal is an 'absolute requirement' to confer jurisdiction on an appellate court." *Collier v. State*, 307 Ga. 363, 371 (2) (834 SE2d 769) (2019) (citation omitted). As noted above, however, Wilder filed his notice of appeal more than a year after the trial court's order denying his motion for a new trial.[2] Accordingly, we are without jurisdiction to consider this appeal and it is hereby

---

[1] Wilder filed his application in the Georgia Supreme Court, which transferred the application to this Court.

[2] Although Wilder captioned his application "Notice of out of time appeal," it does not appear that he moved in the trial court for an order allowing him to take an out-of-time appeal. See *Carr v. State*, 281 Ga. 43, 44 (635 SE2d 767) (2006) (an out-of-time appeal may not be sought directly from an appellate court; instead, a motion seeking an out-of-time appeal must be filed in the trial court and the denial of any such motion may be appealed).

DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* <u>11/01/2021</u>

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*